**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7606**

———————

FRANK REAVES, JR.,

                Plaintiff - Appellant,

      v.

GENERAL ERIC K. SHINSEKI, Secretary of Veterans Affairs,
et al.,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Henry Coke Morgan, Jr.,
Senior District Judge.  (2:10-cv-00495-HCM-TEM)

———————

Submitted:  March 31, 2011          Decided:  April 6, 2011

———————

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Frank Reaves, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Reaves appeals the district court's order dismissing his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reaves v. Shinseki, No. 2:10-cv-00495-HCM-TEM (E.D. Va. Oct. 8, 2010). We deny Reaves' motion for appointment of counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED